**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 3 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 3 | Lien Avoidance |

**Last revised: December 1, 2017**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Danilo and Aurea DeGuzman

Case No.: _____16-28722_____

Judge: _____CMG_____

Debtor(s)

```
        1st Modified
```
## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: ___03/09/2018___

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: __/s/WHO__    Initial Debtor: __/s/DD__    Initial Co-Debtor: __/s/AD__

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____1,659.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____April 1, 2018_____ for approximately _____37_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:

Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

      a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

      b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 0.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Ocwen - 1st Mortgage | 10 Emily Road, Manalapan, NJ | $14,219.54 | 0% | $14,219.54 | $3,315.00 |
| Ocwen - 1st Mortgage | 10 Emily Road, Manalapan, NJ | Post petition arrears $10,238.08 | 0% | $10,238.08 | |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☐ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| United Teletech Fin | 2011 Mercedes | $36,770.00 | $23,000.00 | $0 | $23,000.00 | 4.5% | $25,727.00 |
| BMW Financial | 2011 BMW | $29,800.00 | $11,000.00 | $0 | $11,000.00 | 4.5% | $12,304.00 |
| Specialized Loan Services- 2nd mort | 2nd Mort 10 Emily rd | $66,778.00 | $616,000.00 | $638,300.00 | $0 | 0% | $0 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☒ **NONE**

The following secured claims are unaffected by the Plan:

| **g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE** |||
|---|---|---|
| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|  |  |  |

### Part 5:    Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

### Part 6:    Executory Contracts and Unexpired Leases ☒ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions ☐ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Specialized Loan Services- 2nd mortgage | 10 Emily Road Manalapan, NJ | $66,778.00 | $535,920.00 | $638,364.29 | 0% | Total amount of lien |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| United Teletech Fin | 2011 Meredes-Benz | $36,770.00 | $23,000.00 | | Bal of lien, interest above 4.5% |
| BMW Financial | 2011 BMW | $29,812.54 | $11,000.00 | $11,000.00 | Bal of lien, interest above 4.5% |

### Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Other Administrative Claims - William H. Oliver
3) Secured Claim
4) Priority Claims; 5) General unsecured claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification** ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____10/14/2016_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| cure mortgage arrears through Chapter 13 plan<br>cure post petition mortgage arrears | Adding cure of mortgage arrears to 4a<br>Adding cure of post petition arrears to 4a |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are void.

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Certification.

I certify under penalty of perjury that the plan contains no non-standard provisions other than those set forth in this final paragraph.

Date: 03/09/2018    /s/ William H. Oliver, Jr.
                    Attorney for the Debtor

Date: 03/09/2018    /s/Danilo DeGuzman
                    Debtor

Date: 03/09/2018    /s/Aurea Ann DeGuzman
                    Joint Debtor

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

Date: 03/09/2018                                         /s/ William H. Oliver, Jr.
                                                         Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 03/09/2018                                         /s/Danilo DeGuzman
                                                         Debtor

Date: 03/09/2018                                         /s/Aurea Ann DeGuzman
                                                         Joint Debtor

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                       Case No. 16-28722-CMG
Danilo DeGuzman                                              Chapter 13
Aurea Ann DeGuzman
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3                   Date Rcvd: Mar 09, 2018
                              Form ID: pdf901          Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
db/jdb        +Danilo DeGuzman,    Aurea Ann DeGuzman,    10 Emily Road,    Manalapan, NJ 07726-1666
lm            +Deutsche Bank,   60 Wall Street,    New York, NY 10005-2858
cr            +Deutsche Bank National Trust Company,    Robertson, Anschutz, Schneid, P.L.,
                6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr            +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr            +United Teletech Financial Federal Credit Union,     McKenna, DuPont, Higgins & Stone,
                PO Box 610,   229 Broad Street,    Red Bank, NJ 07701-2009
516423091     +A 1 Collection Servi,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517012190     +ACE Incorporation,    1320 Standiford Avenue #8,    Modesto, CA 95350-0726
516449228     +American Air Credit Plan,    PO box 9001006,    Louisville, KY 40290-1006
516423092     +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516578599      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
516628475      American Express Travel Related Services Company,,     Inc.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
516423094     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516423096    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One Bank Usa N,     15000 Capital One Dr,
                Richmond, VA 23238)
516423097     +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
516423098     +Citibank/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516423099     +Citicards Cbna,    Po Box 6241,   Sioux Falls, SD 57117-6241
516423100     +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
516636576     +Deutsche Bank National Trust Co.,     Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Dept,
                PO Box 24605,   West Palm Beach, FL 33416-4605
516449229     +Digestive Disease Specialist of Central,    875 Poole Ave.,     Hazlet, NJ 07730-2041
516430456     +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,     Omaha, NE 68197-0002
516423102     +Fnb Omaha,   Po Box 3412,    Omaha, NE 68103-0412
516566802     #+JCP&L,  First Energy,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
516449231      Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516423104     +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
516634958      Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    161 Worthington Road, Suite 100,
                West Palm Beach, FL   33409
516423105     +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
516423107    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Department of the Treasury,
                Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516423106     +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516423109     +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516627913     +The Bank of New York Mellon, Trustee(See 410),    C/O Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516423110     +United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 09 2018 22:49:39      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 09 2018 22:49:38      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
516423093     +E-mail/Text: bky@americanprofit.net Mar 09 2018 22:49:52      American Profit Recove,
                34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
516423095      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 09 2018 22:55:57
                BMW Bank of North America,    PO Box 78066,   Phoenix, AZ 85062-8066
516435205     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 09 2018 22:55:56
                BMW Bank of North America,    c/o Ascension Capital Group,   P.O. Box 165028,
                Irving, TX 75016-5028
516455522      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 09 2018 22:55:58
                BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
516642841     +E-mail/Text: bncmail@w-legal.com Mar 09 2018 22:49:45      Comenity Capital Bank/Paypal Credit,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
516435174      E-mail/Text: mrdiscen@discover.com Mar 09 2018 22:49:21      Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516423101     +E-mail/Text: mrdiscen@discover.com Mar 09 2018 22:49:21      Discover Fin Svcs Llc,
                Po Box 15316,   Wilmington, DE 19850-5316
516436844      E-mail/Text: cio.bncmail@irs.gov Mar 09 2018 22:49:26      IRS,   POB 7346,
                Phialdelphia, PA  19101-7346
516449230     +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Mar 09 2018 22:49:58
                Jersey Shore Medical Center,    1945 Route 33,   Neptune, NJ 07753-4896
516579452      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 09 2018 22:56:12
                LVNV Funding, LLC its successors and assigns as     assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
```

```
District/off: 0312-3          User: admin              Page 2 of 3                    Date Rcvd: Mar 09, 2018
                              Form ID: pdf901          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516607495      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 09 2018 22:49:38      Midland Funding LLC,
                 PO Box 2011,    Warren MI 48090-2011
516645043       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:56:03
                 Portfolio Recovery Associates, LLC,    c/o Aadvantage Aviator Red,    POB 41067,
                 Norfolk VA 23541
516643825       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:56:11
                 Portfolio Recovery Associates, LLC,    c/o American Airlines,    POB 41067,    Norfolk VA 23541
516645045       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:56:11
                 Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
516646060       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:55:56
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
                 Norfolk VA 23541
516645976       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:55:56
                 Portfolio Recovery Associates, LLC,    c/o Household Bank,    POB 41067,    Norfolk VA 23541
516646854       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:56:03
                 Portfolio Recovery Associates, LLC,    c/o Jetblue Rewards Card,    POB 41067,
                 Norfolk VA 23541
516646777       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2018 22:55:56
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot Consumer,    POB 41067,
                 Norfolk VA 23541
516423108      +E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2018 22:56:09      Syncb/lowes,    Po Box 965005,
                 Orlando, FL 32896-5005
516427599       E-mail/PDF: gecsedi@recoverycorp.com Mar 09 2018 22:56:09      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516606202       E-mail/Text: laura@redbanklaw.com Mar 09 2018 22:49:21
                 United Teletech Financial Federal Credit Union,    C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,    Red Bank, NJ 07701-0610
                                                                                              TOTAL: 23

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516423103*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures,    Bankruptcy Section,
                 P.O. Box 724,    Springfield, NJ 07081)
516628178*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Justin   Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Mar 09, 2018
                              Form ID: pdf901          Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com

         Miriam  Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com

         Miriam  Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com

         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as trustee Et Al... rsolarz@kmllawgroup.com

         William H. Oliver, Jr.    on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com

         William H. Oliver, Jr.    on behalf of Debtor Danilo  DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com

         TOTAL: 9