Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–28722–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Danilo DeGuzman
10 Emily Road
Manalapan, NJ 07726

Aurea Ann DeGuzman
10 Emily Road
Manalapan, NJ 07726

Social Security No.:
xxx–xx–6361                                                  xxx–xx–1800

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       8/1/18
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr.

COMMISSION OR FEES
$1,500.00

EXPENSES
$31.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 21, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-28722-CMG
Danilo DeGuzman                                                        Chapter 13
Aurea Ann DeGuzman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3            Date Rcvd: Jun 21, 2018
                              Form ID: 137             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
```
db/jdb         +Danilo DeGuzman,    Aurea Ann DeGuzman,    10 Emily Road,    Manalapan, NJ 07726-1666
lm             +Deutsche Bank,   60 Wall Street,    New York, NY 10005-2858
cr             +Deutsche Bank National Trust Co. as Trustee for In,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr             +Deutsche Bank National Trust Company,    Robertson, Anschutz, Schneid, P.L.,
                 6409 congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +U.S. BANK NATIONAL ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
cr             +United Teletech Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                 PO Box 610,   229 Broad Street,    Red Bank, NJ 07701-2009
516423091      +A 1 Collection Servi,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517012190      +ACE Incorporation,    1320 Standiford Avenue #8,    Modesto, CA 95350-0726
516449228      +American Air Credit Plan,    PO box 9001006,    Louisville, KY 40290-1006
516423092      +American Express,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
516578599       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
516628475       American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern  PA 19355-0701
516423094      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516423097      +Chase Bank Usa, Na,    Po Box 15298,    Wilmington, DE 19850-5298
516423098      +Citibank/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
516423099      +Citicards Cbna,    Po Box 6241,    Sioux Falls, SD 57117-6241
516423100      +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
517549783      +DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO,    Attn: Cashiering Department,
                 1661 Worthington Road, Ste 100,    West Palm Beach, FL 33409-6493
516636576      +Deutsche Bank National Trust Co.,    Ocwen Loan Servicing, LLC,    Attn:  Bankruptcy Dept,
                 PO Box 24605,    West Palm Beach, FL 33416-4605
516449229      +Digestive Disease Specialist of Central,    875 Poole Ave.,    Hazlet, NJ 07730-2041
516430456      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
516423102      +Fnb Omaha,    Po Box 3412,    Omaha, NE 68103-0412
516566802     #+JCP&L,   First Energy,    331 Newman Springs Road, Bldg. 3,    Red Bank, NJ 07701-6771
516449231       Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
516423104      +Ocwen Loan Servicing L,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
517551605       Ocwen Loan Servicing LLC,    Attn: Bankruptcy Dept.,    POB 24605,
                 West Palm Beach, FL 33416-4605
516634958       Ocwen Loan Servicing, LLC,    Attn: Cashiering Department,    161 Worthington Road,   Suite 100,
                 West Palm Beach, FL,    33409
516423105      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516423107     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    P.O. Box 187,    Trenton, NJ 08695-0187)
516423106      +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516423109      +Thd/cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
516627913      +The Bank of New York Mellon, Trustee(See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516423110      +United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2018 00:30:25      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2018 00:30:21      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516423093      +E-mail/Text: bky@americanprofit.net Jun 22 2018 00:30:46      American Profit Recove,
                 34405 W 12 Mile Rd Ste 3,    Farmington Hills, MI 48331-5608
516423095       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 22 2018 00:28:22
                 BMW Bank of North America,    PO Box 78066,    Phoenix, AZ  85062-8066
516435205      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2018 00:28:20
                 BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
                 Irving, TX 75016-5028
516455522       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jun 22 2018 00:28:22
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
516423096       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2018 00:28:42
                 Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
516642841      +E-mail/Text: bncmail@w-legal.com Jun 22 2018 00:30:33      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516435174       E-mail/Text: mrdiscen@discover.com Jun 22 2018 00:29:27      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516423101      +E-mail/Text: mrdiscen@discover.com Jun 22 2018 00:29:27      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
516436844       E-mail/Text: cio.bncmail@irs.gov Jun 22 2018 00:29:42      IRS,   POB 7346,
                 Phialdelphia, PA  19101-7346
```

```
District/off: 0312-3           User: admin                 Page 2 of 3                  Date Rcvd: Jun 21, 2018
                               Form ID: 137                Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516449230       +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jun 22 2018 00:31:05
                 Jersey Shore Medical Center,   1945 Route 33,   Neptune, NJ 07753-4896
516579452        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2018 00:45:00
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516607495       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 22 2018 00:30:21      Midland Funding LLC,
                 PO Box 2011,   Warren MI 48090-2011
516645043        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:27:50
                 Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
                 Norfolk VA 23541
516643825        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:45:21
                 Portfolio Recovery Associates, LLC,   c/o American Airlines,   POB 41067,   Norfolk VA 23541
516645045        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:28:16
                 Portfolio Recovery Associates, LLC,   c/o Barclaycard,   POB 41067,   Norfolk VA 23541
516646060        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:28:16
                 Portfolio Recovery Associates, LLC,   c/o Capital One Bank, N.a.,   POB 41067,
                 Norfolk VA 23541
516645976        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:28:46
                 Portfolio Recovery Associates, LLC,   c/o Household Bank,   POB 41067,   Norfolk VA 23541
516646854        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:27:48
                 Portfolio Recovery Associates, LLC,   c/o Jetblue Rewards Card,   POB 41067,
                 Norfolk VA 23541
516646777        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 22 2018 00:28:16
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot Consumer,   POB 41067,
                 Norfolk VA 23541
516423108       +E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:28:34     Syncb/lowes,   Po Box 965005,
                 Orlando, FL 32896-5005
516427599        E-mail/PDF: gecsedi@recoverycorp.com Jun 22 2018 00:27:36     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516606202        E-mail/Text: laura@redbanklaw.com Jun 22 2018 00:29:27
                 United Teletech Financial Federal Credit Union,   C/O McKenna, DuPont, Higgins & Stone, PC,
                 PO Box 610,   Red Bank, NJ 07701-0610
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516423103*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:  Internal Revenue Service,   Special Procedures,   Bankruptcy Section,
                  P.O. Box 724,   Springfield, NJ 07081)
516628178*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,   Department of the Treasury,
                  Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3           User: admin                   Page 3 of 3                  Date Rcvd: Jun 21, 2018
                               Form ID: 137                  Total Noticed: 57
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:

```
              Albert    Russo    docs@russotrustee.com
              Aleisha Candace Jennings     on behalf of Creditor    Deutsche Bank National Trust Co. as Trustee
               for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series
               2007-AR13 ajennings@rasflaw.com
              Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Justin   Plean     on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Michael R. DuPont     on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Miriam   Rosenblatt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               mrosenblatt@rasflaw.com
              Miriam   Rosenblatt     on behalf of Creditor    Deutsche Bank National Trust Company
               bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as trustee Et Al... rsolarz@kmllawgroup.com
              William H. Oliver, Jr.     on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com,
               R59915@notify.bestcase.com
              William H. Oliver, Jr.     on behalf of Debtor Danilo  DeGuzman bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 10
```