| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33 - Suite 112<br>Neptune, NJ  07753<br>732-988-1500<br>WO-7129<br>Attorney for Debtor | Order Filed on June 29, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re:<br><br>Danilo and Aurea DeGuzman | Case No.:<br>Chapter:<br>Judge: | 16-28722<br>13<br>CMG |

**ORDER RESPECTING REQUEST FOR EXTENSION**
**OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 29, 2018**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____April 9, 2018_____ :

Property:     10 Emily Road, Manalapan, NJ 07726

Creditor:     Ocwen Loan (Deutsche Bank)

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Attorney for Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____October 6, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Danilo DeGuzman  
Aurea Ann DeGuzman  
    Debtors

Case No. 16-28722-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 29, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2018.  
db/jdb        +Danilo DeGuzman,    Aurea Ann DeGuzman,    10 Emily Road,    Manalapan, NJ 07726-1666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2018 at the address(es) listed below:  
         Albert Russo    docs@russotrustee.com  
         Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Co. as Trustee  
          for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series  
          2007-AR13 ajennings@rasflaw.com  
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America  
          jschwartz@mesterschwartz.com  
         Justin Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union  
          dupont@redbanklaw.com,    dana@redbanklaw.com  
         Miriam Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company  
          bkyecf@rasflaw.com,    mrosenblatt@rasflaw.com  
         Miriam Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,  
          mrosenblatt@rasflaw.com  
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New  
          York, as trustee Et Al... rsolarz@kmllawgroup.com  
         Sindi Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com  
         William H. Oliver, Jr.    on behalf of Debtor Danilo DeGuzman bkwoliver@aol.com,  
          R59915@notify.bestcase.com  
         William H. Oliver, Jr.    on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com,  
          R59915@notify.bestcase.com  
                                                                                      TOTAL: 11