Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 16−28722−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Danilo DeGuzman                                  Aurea Ann DeGuzman
   10 Emily Road                                       10 Emily Road
   Manalapan, NJ 07726                        Manalapan, NJ 07726

Social Security No.:
   xxx−xx−6361                                         xxx−xx−1800

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on October 10, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 96 − 95
Order Granting Application for Extension of Loss Mitigation (Related Doc # 95). Loss Mitigation Period Extended to: 1/6/19. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/10/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 10, 2018
JAN: bwj

                                                                                   Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Danilo DeGuzman
Aurea Ann DeGuzman
    Debtors

Case No. 16-28722-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Oct 10, 2018
　　　　　　　　　　　　　　Form ID: orderntc　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
lm　　　　　+Deutsche Bank,　60 Wall Street,　New York, NY 10005-2858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
      Albert Russo　　docs@russotrustee.com
      Aleisha Candace Jennings　　on behalf of Creditor　　Deutsche Bank National Trust Co. as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series 2007-AR13 ajennings@rasflaw.com
      Jason Brett Schwartz　　on behalf of Creditor　　BMW Bank of North America jschwartz@mesterschwartz.com
      Justin Plean　　on behalf of Creditor　　Deutsche Bank National Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Michael R. DuPont　　on behalf of Creditor　　United Teletech Financial Federal Credit Union dupont@redbanklaw.com, dana@redbanklaw.com
      Miriam Rosenblatt　　on behalf of Creditor　　Deutsche Bank National Trust Company bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Miriam Rosenblatt　　on behalf of Creditor　　U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
      Rebecca Ann Solarz　　on behalf of Creditor　　The Bank of New York Mellon f/k/a The Bank of New York, as trustee Et Al... rsolarz@kmllawgroup.com
      Sindi Mncina　　on behalf of Creditor　　Deutsche Bank National Trust Company smncina@rascrane.com
      William H. Oliver, Jr.　　on behalf of Debtor Danilo DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com
      William H. Oliver, Jr.　　on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                        TOTAL: 11