UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

| | |
|---|---|
| In Re: | Case No.: 16-28722 |
| Danilo and Aurea DeGuzman | Adv. No: |
| | Hearing Date: |
| Debtors | Chapter: 13 |
| | Judge: Christine M. Gravelle |

# CERTIFICATION IN OPPOSITION TO APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION PERIOD

We, Danilo and Aurea DeGuzman, the Debtors in the above-captioned matter, by way of Certification in Opposition to the Application for early termination of loss mitigation period, do hereby certify and say:

1. We have executed and filed a motion to approve a final loan modification that we received. The final modification was approved by an Order entered on April 10, 2018.
2. It is hereby requested that this Application be withdrawn due to the final modification being received and approved.

We certify that the foregoing statements made by us are true. We are aware that if any of the foregoing statements made by us are willfully false, we are subject to punishment.

Dated: January 21, 2019                /s/ Danilo DeGuzman
                                                         DANILO DeGUZMAN


Dated: January 21, 2019                /s/ Aurea DeGuzman
                                                         DANILO DeGUZMAN