Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−28722−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Danilo DeGuzman
10 Emily Road
Manalapan, NJ 07726

Aurea Ann DeGuzman
10 Emily Road
Manalapan, NJ 07726

Social Security No.:
   xxx−xx−6361                                      xxx−xx−1800

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on February 7, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 105 − 102
Order Granting Application for Early Termination of Loss Mitigation (Related Doc # 102). Loss Mitigation Period Terminated: Immediately. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/7/2019. (bwj)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 7, 2019
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Danilo DeGuzman  
Aurea Ann DeGuzman  
    Debtors

Case No. 16-28722-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 07, 2019  
                       Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2019.  
lm          +Deutsche Bank,   60 Wall Street,   New York, NY 10005-2858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    Deutsche Bank National Trust Co. as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series 2007-AR13 ajennings@rasflaw.com
          Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America jschwartz@mesterschwartz.com
          Justin   Plean    on behalf of Creditor    Deutsche Bank National Trust Company jplean@rasflaw.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Deutsche Bank National Trust Co. as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series 2007-AR13 bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union dupont@redbanklaw.com,   dana@redbanklaw.com
          Miriam   Rosenblatt    on behalf of Creditor    Deutsche Bank National Trust Company bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          Miriam   Rosenblatt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as trustee Et Al... rsolarz@kmllawgroup.com
          Sindi   Mncina    on behalf of Creditor    Deutsche Bank National Trust Company smncina@rascrane.com
          William H. Oliver, Jr.    on behalf of Debtor Danilo  DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                                                    TOTAL: 12