UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
_____

**Order Filed on February 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Danilo DeGuzman
Aurea Ann DeGuzman

Case No.:    16-28722-CMG

Chapter:    13

Judge:    Christine M. Gravelle

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 7, 2019**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____1/4/19_____ :

Property: ___10 Emily Rd Manalapan  NJ 07726_____

Creditor: ___Ocwen Loan Servicing LLC ( Deutsche Bank )_____

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ___Laura M. Egerman___, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____Immediately_____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-28722-CMG
Danilo DeGuzman                                                       Chapter 13
Aurea Ann DeGuzman
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db/jdb         +Danilo DeGuzman,   Aurea Ann DeGuzman,   10 Emily Road,   Manalapan, NJ 07726-1666

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor   Deutsche Bank National Trust Co. as Trustee
           for Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series
           2007-AR13 ajennings@rasflaw.com
          Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
           jschwartz@mesterschwartz.com
          Justin   Plean    on behalf of Creditor   Deutsche Bank National Trust Company jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor   Deutsche Bank National Trust Co. as Trustee for
           Indymac INDX Mortgage Loan Trust 2007-AR13, Mortgage Pass-Through Certificates Series 2007-AR13
           bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
          Michael R. DuPont    on behalf of Creditor   United Teletech Financial Federal Credit Union
           dupont@redbanklaw.com,   dana@redbanklaw.com
          Miriam   Rosenblatt    on behalf of Creditor   Deutsche Bank National Trust Company
           bkyecf@rasflaw.com,   mrosenblatt@rasflaw.com
          Miriam   Rosenblatt    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           mrosenblatt@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New
           York, as trustee Et Al... rsolarz@kmllawgroup.com
          Sindi   Mncina    on behalf of Creditor   Deutsche Bank National Trust Company smncina@rascrane.com
          William H. Oliver, Jr.    on behalf of Debtor Danilo  DeGuzman bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Aurea Ann DeGuzman bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 12