| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Danilo DeGuzman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6361<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Aurea Ann DeGuzman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1800<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:  16–28722–CMG | | |

# Order of Discharge                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Danilo DeGuzman                                  Aurea Ann DeGuzman


6/17/21                                          **By the court:** Christine M. Gravelle
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-28722-CMG |
| Danilo DeGuzman | Chapter 13 |
| Aurea Ann DeGuzman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 17, 2021 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Danilo DeGuzman, Aurea Ann DeGuzman, 10 Emily Road, Manalapan, NJ 07726-1666 |
| lm | + | Deutsche Bank, 60 Wall Street, New York, NY 10005-2858 |
| cr | + | Deutsche Bank National Trust Co. as Trustee for In, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, P.L., 6409 congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | U.S. BANK NATIONAL ASSOCIATION, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516423091 | + | A 1 Collection Servi, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 517012190 | + | ACE Incorporation, 1320 Standiford Avenue #8, Modesto, CA 95350-0726 |
| 516449228 | + | American Air Credit Plan, PO box 9001006, Louisville, KY 40290-1006 |
| 516423100 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 517549783 | + | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, Attn: Cashiering Department, 1661 Worthington Road, Ste 100, West Palm Beach, FL 33409-6493 |
| 516636576 | + | Deutsche Bank National Trust Co., Ocwen Loan Servicing, LLC, Attn: Bankruptcy Dept, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 516449229 | + | Digestive Disease Specialist of Central, 875 Poole Ave., Hazlet, NJ 07730-2041 |
| 516423102 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 516566802 | + | JCP&L, First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 516423104 | + | Ocwen Loan Servicing L, 12650 Ingenuity Dr, Orlando, FL 32826-2703 |
| 517551605 | | Ocwen Loan Servicing LLC, Attn: Bankruptcy Dept., POB 24605, West Palm Beach, FL 33416-4605 |
| 516634958 | | Ocwen Loan Servicing, LLC, Attn: Cashiering Department, 161 Worthington Road, Suite 100, West Palm Beach, FL 33409 |
| 516430456 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 519191027 | | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 516423105 | + | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 516423107 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, P.O. Box 187, Trenton, NJ 08695-0187 |
| 516423106 | + | Specialized Loan Servi, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 516627913 | + | The Bank of New York Mellon, Trustee(See 410), C/O Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 17 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 17 2021 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 516423092 | + EDI: AMEREXPR.COM | Jun 18 2021 00:23:00 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 516578599 | EDI: BECKLEE.COM | Jun 18 2021 00:18:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516628475 | EDI: BECKLEE.COM | Jun 18 2021 00:18:00 | American Express Travel Related Services Company,, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516423093 | + Email/Text: bky@americanprofit.net | Jun 17 2021 20:35:00 | American Profit Recove, 34405 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-5608 |
| 516423095 | EDI: BMW.COM | Jun 18 2021 00:23:00 | BMW Bank of North America, PO Box 78066, Phoenix, AZ 85062-8066 |
| 516435205 | + EDI: AISACG.COM | Jun 18 2021 00:23:00 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 516455522 | EDI: BMW.COM | Jun 18 2021 00:23:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 516423094 | + EDI: TSYS2.COM | Jun 18 2021 00:23:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 516423096 | EDI: CAPITALONE.COM | Jun 18 2021 00:23:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516423098 | + EDI: CITICORP.COM | Jun 18 2021 00:23:00 | Citibank/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516423099 | + EDI: CITICORP.COM | Jun 18 2021 00:23:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 516642841 | + EDI: WFNNB.COM | Jun 18 2021 00:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516435174 | EDI: DISCOVER.COM | Jun 18 2021 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516423101 | + EDI: DISCOVER.COM | Jun 18 2021 00:23:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 516436844 | EDI: IRS.COM | Jun 18 2021 00:23:00 | IRS, POB 7346, Phialdelphia, PA 19101-7346 |
| 516423097 | EDI: JPMORGANCHASE | Jun 18 2021 00:23:00 | Chase Bank Usa, Na, Po Box 15298, Wilmington, DE 19850 |
| 516449230 | + Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Jun 17 2021 20:35:00 | Jersey Shore Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 516579452 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 17 2021 20:51:07 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516607495 | + EDI: MID8.COM | Jun 18 2021 00:23:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 516645043 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 516643825 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o American Airlines, POB 41067, Norfolk VA 23541 |
| 516645045 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516646060 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516645976 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Household Bank, POB 41067, Norfolk VA 23541 |

Case 16-28722-CMG    Doc 123    Filed 06/19/21    Entered 06/20/21 00:13:02    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: 3180W | Total Noticed: 59 |

| 516646854 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o Jetblue Rewards Card, POB 41067, Norfolk VA 23541 |
| 516646777 | EDI: PRA.COM | Jun 18 2021 00:23:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot Consumer, POB 41067, Norfolk VA 23541 |
| 518135472 | + Email/Text: bncmail@w-legal.com | Jun 17 2021 20:35:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135473 | + Email/Text: bncmail@w-legal.com | Jun 17 2021 20:35:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516423108 | + EDI: RMSC.COM | Jun 18 2021 00:23:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 516427599 | EDI: RMSC.COM | Jun 18 2021 00:23:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516423109 | + EDI: CITICORP.COM | Jun 18 2021 00:23:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 516423110 | Email/Text: opsdept@utcu.org | Jun 17 2021 20:33:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724 |
| 516606202 | Email/Text: laura@redbanklaw.com | Jun 17 2021 20:33:00 | United Teletech Financial Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516423103 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures, Bankruptcy Section, P.O. Box 724, Springfield, NJ 07081 |
| 516628178 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516449231 | ## | Nationwide Credit, Inc., PO Box 26314, Lehigh Valley, PA 18002-6314 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 17, 2021 | Form ID: 3180W | Total Noticed: 59 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Deutsche Bank National Trust Co. as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR13 Mortgage Pass-Through Certificates Series 2007-AR13 ajennings@raslg.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| Justin Plean | on behalf of Creditor Deutsche Bank National Trust Company jplean@raslg.com  bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Deutsche Bank National Trust Co. as Trustee for Indymac INDX Mortgage Loan Trust 2007-AR13 Mortgage Pass-Through Certificates Series 2007-AR13 bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com |
| Miriam Rosenblatt | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION miriam.rosenblatt@mhllp.com |
| Miriam Rosenblatt | on behalf of Creditor Deutsche Bank National Trust Company miriam.rosenblatt@mhllp.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  as trustee Et Al... rsolarz@kmllawgroup.com |
| Shauna M Deluca | on behalf of Creditor Deutsche Bank National Trust Company sdeluca@raslg.com |
| Sindi Mncina | on behalf of Creditor Deutsche Bank National Trust Company smncina@raslg.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Aurea Ann DeGuzman courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Danilo DeGuzman courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 13