Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 16–28722–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Danilo DeGuzman | Aurea Ann DeGuzman |
| 10 Emily Road | 10 Emily Road |
| Manalapan, NJ 07726 | Manalapan, NJ 07726 |

Social Security No.:
  xxx–xx–6361                               xxx–xx–1800

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 19, 2021</u>            <u>Christine M. Gravelle</u>
                                                    Judge, United States Bankruptcy Court